No. 71–5932. MARTINEZ *v.* MISTERLY ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–5972. ESGATE *v.* ENGLISH, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 71–6017. GIORDANO *v.* PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 71–6037. ROBERTS *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 71–6043. MASCIA *v.* ZELKER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied. ■

No. 71–6116. MORRIS *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. ■

No. 71–6153. BEVERLY *v.* QUATSOE. C. A. 7th Cir. Certiorari denied.

No. 71–6209. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ■

No. 71–6237. THOMASON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ■

No. 71–6265. BARCHFELD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6269. HARDIN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ■

No. 71–6273. DeSIMONE *v.* UNITED STATES; and

No. 71–6307. CARUSO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 452 F. 2d 554.

No. 71–6286. ANTHONY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ■